IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
ROBERT CHATTIN                                              Chapter 7

                                                            Case No. 18-10727-MDC
        Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this  29th  day of  March  20 18 , upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Sadek, Brad J.,

Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a

Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to July 1, 2018.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States

Trustee or any creditor to object to exemptions is hereby extended to July 1, 2018..


/s/ Sadek, Brad J.

Sadek, Brad J., Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

DATED: _____    _____
                                                        Honorable MAGDELINE D. COLEMAN
                                                        Bankruptcy Judge