## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert J Chattin<br>　　　　　　Debtor | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Hilldale Trust<br>　　　　　　Movant<br>　vs. | NO. 18-10727 MDC |
| Robert J Chattin<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>　　　　　　Trustee | |

### ORDER

AND NOW, this 11th day of April, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust to exercise its rights pursuant to the loan documents regarding the premises 9324 Jamison Avenue B Philadelphia, PA 19115. It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

_____
　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Robert J Chattin
9324 B. Jamison Ave
Philadelphia, PA 19115

Brad J. Sadek, Esq.
Sadek and Cooper 1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532