United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10727-mdc
Robert J Chattin                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Robert J Chattin,    9324 B. Jamison Ave,    Philadelphia, PA 19115-4277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Robert J Chattin brad@sadeklaw.com,    bradsadek@gmail.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert J Chattin<br>　　　　　Debtor | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Hilldale Trust<br>　　　　　Movant<br>vs. | NO. 18-10727 MDC |
| Robert J Chattin<br>　　　　　Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>　　　　　Trustee | |

## ORDER

AND NOW, this 11th day of April, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust to exercise its rights pursuant to the loan documents regarding the premises 9324 Jamison Avenue B Philadelphia, PA 19115. It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　　　Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Robert J Chattin
9324 B. Jamison Ave
Philadelphia, PA 19115

Brad J. Sadek, Esq.
Sadek and Cooper 1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532